*E-Filed: January 13, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVON TCHAYELIAN, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br>   v.<br><br>BLUE DIAMOND GROWERS, and DOES 1 through 10, inclusive,<br><br>             Defendants.<br>_____/ | No. C14-00091 HRL<br><br>**ORDER TO FILE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiff Tchayelian brings this putative class action against Blue Diamond Growers for their alleged mislabeling of products as "All Natural" and/or containing "Evaporated Cane Juice." In its Certification of Interested Entities or Persons (dkt. 4), Tchayelian notes that another action pending in this District, *Werdebaugh v. Blue Diamond Growers*, C12-02724-LHK ("*Werdebaugh*"), concerns class allegations that overlap with the class allegations in this action. Civil Local Rule 3-12(b) states that "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District . . . the party must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related." Accordingly, Tchayelian shall file such a motion in *Werdebaugh*.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-00091 HRL Notice will be electronically mailed to:**

Chant Yedalian     chant@chant.mobi, chantyed@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California