UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEVON TCHAYELIAN, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BLUE DIAMOND GROWERS, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 14-CV-00091-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for September 17, 2014, at 2:00 p.m., as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, September 15, 2014, at 12:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: September 11, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-00091-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT